Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREG GLOVER,

    Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

    Defendant.

No. 2:21-cv-01666

STIPULATION AND ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR:
April 25, 2023

## I. STIPULATION

The parties have reached a settlement in this matter that resolves all claims and defenses. To that end, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree that this action may be dismissed in its entirety, with prejudice, and without costs and/or fees to either party.

SO STIPULATED, this 25th day of April, 2023.

| BLATT LAW LLC | SCHROETER GOLDMARK & BENDER |
|---|---|
| *s/Janine C. Blatt* | *s/Lindsay L. Halm* |
| Janine C. Blatt | Lindsay L. Halm, WSBA #37141 |
| 841 S. Gaines Street, Unit 417 | 401 Union Street, Suite 3400 |
| Portland, OR 97239 | Seattle, WA 98101 |
| Tel: (503) 241-5033 | Tel: (206) 622-8000 |
| janine@blattlaw.net | halm@sgb-law.com |
| *Attorney for Defendant* | |

| | |
|---|---|
| 1 | COLLINS, BUCKLEY, SAUNTRY & HAUGH, PLLP |
| 2 | Bryce M. Miller (*Pro Hac Vice*) |
| 3 | W-1100 First National Bank Building |
|   | 332 Minnesota Street |
| 4 | Saint Paul, MN  55101 |
|   | Tel: (651) 227-0611 |
| 5 | bmiller@cbsh.net |
| 6 | *Attorneys for Plaintiff* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER OF DISMISSAL
(2:21-CV-1666) - 2

SCHROETER GOLDMARK & BENDER
401 Union Street • Suite 3400 • Seattle, WA  98101
Phone (206) 622-8000 • Fax (206) 682-2305

## II. ORDER

This matter comes before the Court on the parties' stipulation for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). For the reasons stated by the parties, the Court ORDERS that this action be dismissed with prejudice and without an award of fees or costs to either party.

DATED: April 25, 2023

*[signature: John H. Chun]*

The Honorable John H. Chun
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel For Defendant:* Amazon.com Services, LLC

Janine C. Blatt, WSBA #35508
BLATT LAW LLC
841 S. Gaines Street, Unit 417
Portland, Oregon 97239
Phone: (503) 241-5033
E-mail: janine@blattlaw.net
E-mail: sam@blattlaw.net

DATED: April 25, 2023, at Seattle, Washington.

*s/Daena Temkova*
DAENA TEMKOVA, Legal Assistant